United States District Court
Southern District of Texas
**ENTERED**
June 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CODILIS & MOODY, P.C., IN ITS CAPACITY AS SUBSTITUTE TRUSTEE FOR NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL ALLEN SEARS, CHAMPTIONS PARK HOMEOWNERS ASSOCIATION, INC., and INTERNAL REVENUE SERVICE,<br><br>*Defendants.* | CIVIL ACTION NO. 4:24-cv-4694 |

## ORDER

The Court has before it the Amended Memorandum and Recommendation ("M&R") of Magistrate Judge Yvonne Y. Ho. (Doc. No. 33). No objections were lodged and the time for filing such objections has long since passed. The Court has reviewed the M&R and finds no error, and, in fact, finds it to be accurate in all respects. This Court therefore adopts it.

In accordance with that recommendation, the Court will grant the Joint Motion for Default Judgment against Michael Allen Sears. It will enter said judgment in a separate document in accordance with Federal Rule of Civil Procedure 58(a).

Signed at Houston, Texas, on this the 10th day of June, 2025.

Andrew S. Hanen
United States District Judge